1
2
3
4
5
6                                                            JS-6
7
8
9
10
11                    UNITED STATES DISTRICT COURT
12                   CENTRAL DISTRICT OF CALIFORNIA

13  LELAND LEE,                        Case No.: EDCV 12-00352-VAP
14          Plaintiff,                 (DTB)
15      v.
                                       [PROPOSED] ORDER
16  JANE SMITH, an individual, and     REGARDING STIPULATION OF
17  DOES 1 to 10,                      DISMISSAL
18          Defendants.
19
20
21
22
23
24
25
26
27
28

[PROPOSED] ORDER REGARDING STIPULATION OF
DISMISSAL                                    Case No. EDCV 12-352-VAP (DTB)

1
2  TO ALL INTERESTED PARTIES
3      On the stipulation of the parties, and good cause appearing therefore, this
4  action is DISMISSED WITH PREJUDICE.
5      IT IS SO ORDERED.
6
7
8  DATE: September 21, 2012          UNITED STATES DISTRICT COURT
9
10
11
                                    **VIRGINIA A. PHILLIPS**
12                        By:_____
13                         VIRGINIA A. PHILLIPS, U.S. DISTRICT JUDGE
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

2

[PROPOSED] ORDER REGARDING STIPULATION OF
DISMISSAL                                      Case No. EDCV 12-352-VAP (DTB)