JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LELAND LEE,<br><br>    Plaintiff,<br><br>    v.<br><br>JANE SMITH, an individual, and DOES 1 to 10,<br><br>    Defendants. | Case No.: EDCV 12-00352-VAP (DTB)<br><br>[PROPOSED] ORDER REGARDING STIPULATION OF DISMISSAL |

1
2  TO ALL INTERESTED PARTIES
3       On the stipulation of the parties, and good cause appearing therefore, this
4  action is DISMISSED WITH PREJUDICE.
5       IT IS SO ORDERED.
6
7
8  DATE: September 21, 2012          UNITED STATES DISTRICT COURT
9
10
11
12                            By: **VIRGINIA A. PHILLIPS**
                                  _____
13                            VIRGINIA A. PHILLIPS, U.S. DISTRICT JUDGE
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28